**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| A.D.D., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:26-cv-1249-CDL-AGH |
| | : | 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, *et al.*, | : | |
| | : | |
| | : | |
| Respondents. | : | |

**ORDER**

Having reviewed Respondents' motion to dismiss (ECF No. 4) and Petitioner's response (ECF No. 5), the Court finds that further briefing is necessary. Respondents shall file a supplemental brief within fourteen (14) days which addresses (1) any factual updates relevant to Petitioner's habeas claim, and (2) Petitioner's likelihood of removal in the reasonably foreseeable future as contemplated in *Zadvydas v. Davis*, 533 U.S. 678, 700-01 (2001). Petitioner may file any response within seven (7) days thereafter.

**SO ORDERED**, this 13th day of November, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE